UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                          ORDER OF DISMISSAL
                                                                                         FOR
**Tronox Incorporated**                                            FAILURE TO PROSECUTE
                                                                               BANKRUPTCY APPEAL

-----------------------------------------------------X           21-CV-10669 JPC

FROM:   VITO GENNA, CLERK
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                       BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Corey McCloud
BANKRUPTCY DOCUMENT #: 9575

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

　　　_X_   FRBP 8009
　　　___   Federal Rules of Civil Procedure (Rule _____)
　　　_X_   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
　　　___   Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 30, 2022**                                                    Vito Genna, Clerk
              New York, New York                                              U.S. Bankruptcy Court, SDNY

                                                                                        By:   ____s/ Anatin Rouzeau____
                                                                                                      Deputy Clerk

                                                    ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 1_____ 20_22_                 _____
              New York, New York                                              Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                                                        District Court, SDNY

                                                                                        By: _____
                                                                                                      Deputy Clerk